IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Scottsdale Insurance Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Hyperion Towers Homeowners Association, ) <br> Inc., Hyperion Towers Homeowners ) <br> Association Board of Directors, Jim ) <br> Alexander, John Baynes, Ferrell Blalock, ) <br> John Brinton, Wendell Burton, Sandra ) <br> Croney, D.A. Davis, Koy Dawkins, Gene ) <br> Estridge, Bob Gray, Barney High, Chet ) <br> Hirschy, Michael Huggins, Dan James, Russ ) <br> Jones, Carroll Little, John Markell, Bobby ) <br> Martin, Tony Maye, Dorothy McElwee, ) <br> George McGee, Tommy Mullins, Earl Phifer,) <br> Ron Piracci, Luther Pitts, Osman Soyer, ) <br> Jerry Steffey, E.C. Tucker a/k/a Chuck ) <br> Tucker, Palmer Watson, Luke Whiteside, ) <br> Bill Williams, Rodney Wilson, Don Wright, ) <br> Mike Zager, and John Schuler, Helen ) <br> Schuler, Jeffrey Merrell, Elizabeth Merrell, ) <br> Kenneth Hartz, Jan Vaculcik, Barbara ) <br> Vaculcik, Gordon Price, Gaylene Price, ) <br> Bill Glassberg, and Diane Glassberg, ) <br> representing a class of similarly situated ) <br> persons, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 4:12-cv-01741-RBH <br><br><br><br><br><br><br><br><br> **ORDER OF VOLUNTARY DISMISSAL** |

     Upon motion of the Plaintiff Scottsdale Insurance Company and with the consent of the below named Defendants, by and through their undersigned counsel who have appeared, this matter is hereby dismissed without prejudice pursuant to Rule 41(a)(2), Fed.R.Civ.P..

                                                  s/R. Bryan Harwell
                                                  R. Bryan Harwell
                                                  United States District Judge

2

WE MOVE:

_/s/ Thomas C. Salane_
Thomas C. Salane (Fed. ID# 3703)
tsalane@turnerpadget.com
TURNER, PADGET, GRAHAM & LANEY, P.A.
Post Office Box 1473
Columbia, S.C. 29202
(803) 254-2200

ATTORNEYS FOR PLAINTIFF
SCOTTSDALE INSURANCE COMPANY

WE CONSENT:

_/s/ Lawrence B. Orr_
Lawrence B. Orr
lbo@orrfirm.com
Orr, Elmore and Ervin, LLC
Post Office Box 2527
Florence, SC 29503-2527
(843) 667-6613

ATTORNEYS FOR HYPERION TOWERS HOA, INC., HYPERION
TOWERS HOA BOARD OF DIRECTORSAND THEIR PAST OFFICERS
AND DIRECTORS NAMED INDIVIDUALLY

_/s/ William D. Britt, Jr._
James L. Bruner
jbruner@BrunerPowell.com
William D. Britt, Jr.
wbritt@BrunerPowell.com
Bruner Powell Wall & Mullins, LLC
Post Office Box 61110
Columbia, S.C. 29260

ATTORNEYS FOR DEFENDANTS SCHULER, MERRELL,
HARTZ, VACULCIK, PRICE AND GLASSBERG

_/s/ D. Nichole Davis_
D. Nichole Davis
nichole@rinehartlawsc.com
1139 Ebenezer Road, Suite 102
Rock Hill, S.C. 29732
(803) 325-2280
ATTORNEYS FOR DEFENDANT LUKE WHITESIDE

2