IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Scottsdale Insurance Company, | Civil Action No. 4:12-cv-01741-RBH |
| Plaintiff, | |
| vs. | |
| Hyperion Towers Homeowners Association, Inc., Hyperion Towers Homeowners Association Board of Directors, Jim Alexander, John Baynes, Ferrell Blalock, John Brinton, Wendell Burton, Sandra Croney, D.A. Davis, Koy Dawkins, Gene Estridge, Bob Gray, Barney High, Chet Hirschy, Michael Huggins, Dan James, Russ Jones, Carroll Little, John Markell, Bobby Martin, Tony Maye, Dorothy McElwee, George McGee, Tommy Mullins, Earl Phifer, Ron Piracci, Luther Pitts, Osman Soyer, Jerry Steffey, E.C. Tucker a/k/a Chuck Tucker, Palmer Watson, Luke Whiteside, Bill Williams, Rodney Wilson, Don Wright, Mike Zager, and John Schuler, Helen Schuler, Jeffrey Merrell, Elizabeth Merrell, Kenneth Hartz, Jan Vaculcik, Barbara Vaculcik, Gordon Price, Gaylene Price, Bill Glassberg, and Diane Glassberg, representing a class of similarly situated persons, | **ORDER OF VOLUNTARY DISMISSAL** |
| Defendants. | |

    Upon motion of the Plaintiff Scottsdale Insurance Company and with the consent of the below named Defendants, by and through their undersigned counsel who have appeared, this matter is hereby dismissed without prejudice pursuant to Rule 41(a)(2), Fed.R.Civ.P..

                                        s/R. Bryan Harwell
                                        R. Bryan Harwell
                                        United States District Judge

WE MOVE:

    /s/ Thomas C. Salane
Thomas C. Salane (Fed. ID# 3703)
tsalane@turnerpadget.com
TURNER, PADGET, GRAHAM & LANEY, P.A.
Post Office Box 1473
Columbia, S.C. 29202
(803) 254-2200

ATTORNEYS FOR PLAINTIFF
SCOTTSDALE INSURANCE COMPANY

WE CONSENT:

   /s/ Lawrence B. Orr
Lawrence B. Orr
lbo@orrfirm.com
Orr, Elmore and Ervin, LLC
Post Office Box 2527
Florence, SC 29503-2527
(843) 667-6613

ATTORNEYS FOR HYPERION TOWERS HOA, INC., HYPERION TOWERS HOA BOARD OF DIRECTORSAND THEIR PAST OFFICERS AND DIRECTORS NAMED INDIVIDUALLY

   /s/ William D. Britt, Jr.
James L. Bruner
jbruner@BrunerPowell.com
William D. Britt, Jr.
wbritt@BrunerPowell.com
Bruner Powell Wall & Mullins, LLC
Post Office Box 61110
Columbia, S.C. 29260

ATTORNEYS FOR DEFENDANTS SCHULER, MERRELL, HARTZ, VACULCIK, PRICE AND GLASSBERG

  /s/ D. Nichole Davis
D. Nichole Davis
nichole@rinehartlawsc.com
1139 Ebenezer Road, Suite 102
Rock Hill, S.C. 29732
(803) 325-2280
ATTORNEYS FOR DEFENDANT LUKE WHITESIDE